UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

------------------------------- x
Melchion Wee-Ellis, on behalf of himself and al : Case no.2:25-cv-1870
others similarly situated, :
 :
        Plaintiffs, :
 : **NOTICE OF VOLUNTARY**
    v. : **DISMISSAL WITHOUT**
 : **PREJUDICE**
Rcp Meats, Inc., :
 :
        Defendant. :
 :
 :
 :
 :
 :
------------------------------- x

    **PLEASE TAKE NOTICE,** that the above-entitled action against Defendant shall be and hereby is dismissed pursuant to F.R.C.P. Rule 41(a)(1)(A)(i) without prejudice; without costs, or disbursements, or attorneys' fees to any party.

    Dated: May 13, 2025

                                    EQUAL ACCESS LAW GROUP, PLLC
                                    *Attorneys for Plaintiff*

                                    */s/ Michael H. Cohen*
                                    By: Michael H. Cohen, Esq.
                                    68-29 Main Street,
                                    Flushing, NY 11367
                                    Tel: 917-437-3737
                                    Email: mcohen@ealg.law

**So Ordered,**
s/Nicholas G. Garaufis
Hon. Nicholas G. Garaufis
Date: 5/13/25